# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158812 & (22)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VERNON LENARD KATO,
        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee.
_____/

SC:  158812
COA:  344089

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 5, 2018 order of the Court of Appeals is considered. We DIRECT the Department of Corrections to respond to the application for leave to appeal within 28 days after the date of this order. The Department's response should include a discussion of whether the appellant was issued a certificate of discharge from parole, and if so when.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019



a0515

Clerk